Orson's, Inc., Respondent, v. Geo. Rainess, Inc., Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.